# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JONATHAN WILSMAN,

    Plaintiff,

v.                                                            Case No. 6:25-cv-1906-RBD-RMN

QUICK CAPITAL FUNDING LLC,

    Defendant.

_____

## ORDER

In this Telephone Consumer Protection Act case in which Defendant did not appear, Plaintiff missed the deadline to file a motion for clerk's default by two months and then neglected to respond when U.S. Magistrate Judge Robert M. Norway directed him to explain why. (Docs. 12, 13.) So Judge Norway entered a Report and Recommendation (Doc. 14 ("R&R")) submitting that the Court should dismiss the action without prejudice. The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 14) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Local Rule 1.10, failure to respond to the Court's order (Doc. 13), and failure to prosecute under Local Rule 3.10.

3.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 29, 2026.



ROY B. DALTON, JR.
United States District Judge